OLIVIA GARCIA
ROBERT J. BUFFIN
CHRISTY J. KWON
CECILY A. VIX
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103
Telephone: (415) 356-5154/(415)356-5179

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. NORELLI, Regional Director of Region 20 )
of the National Labor Relations Board, for and on behalf ) Civil No.
of the NATIONAL LABOR RELATIONS BOARD, )
) **C 07 3808 MJJ**
                Petitioner, )
)
        v. ) AFFIDAVITS IN SUPPORT OF
) PETITION FOR INJUNCTION
SERVICE EMPLOYEES INTERNATIONAL UNION, ) UNDER SECTION 10(l) OF THE
LOCAL 87 ) NATIONAL LABOR RELATIONS
) ACT, AS AMENDED, [29 U.S.C.
                Respondent. ) SECTION 160(l)]
)

|   |   | Page |
|---|---|---|
| 1. | (a) Affidavit of Mike Koperski, dated July 13, 2007 | 1 |
|    | (b) Affidavit of Terri Shultis, dated July 13, 2007 | 10 |
| 2. | Letter from Respondent's attorney Jane Brunner to National Labor Relations, Board Region 20 dated July 17, 2007. | 25 |
| 3. | Declaration of Michael Koperski, dated July 24, 2007. | 27 |

County of San Francisco
State of California

Case No. 20-CP-1085

# AFFIDAVIT

**I, Mike Koperski, being duly sworn upon my oath, hereby state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board that this affidavit will be considered confidential by the United States Government and will not be disclosed unless it becomes necessary for the government to produce the affidavit in connection with a formal proceeding.**

1  I am currently employed as the Director of Business Services & Facilities for
2  Golden Gate University ("GGU") located at 536 Mission Street, San Francisco, CA
3  94105. My work telephone number is (415) 442-7082. I have held this position since
4  June 1999. I have been employed by GGU since 1988.

5  Through a letter dated May 25, 2007, I notified Able Building Maintenance that
6  GGU would not renew our contract with it for janitorial services. This letter is attached
7  here as Exhibit 1.

8  Attached as Exhibit 2, is copy of an email I sent concerning the dates that SEIU
9  Local 87 picketed in front of GGU. The picketing began on May 29 and is still ongoing.
10 The last time I observed it was yesterday. I personally saw the picketing on the dates
11 mentioned in the email, except for three of the dates mentioned. On those three dates,
12 I was informed by Michael Torres, Operations Manager, that picketing had occurred in
13 front of GGU. On average, there were about 25 people, some with picket signs, some
14 with bull horns, and some passing out flyers. Also, attached as Exhibit 3, is a
15 photograph that accurately reflects the picket signs I saw that was being held on those
16 dates.

Affidavit of Koperski on 7/13/2007     Page 1     Initials _MK_

000001

1   On or about June 26, 2007, I got a call about 11 AM from Sean Cawley,
2   Executive Assistant to my boss, VP of Operations, Jeff Bialik. He told me that there
3   were SEIU people at the President's suite asking to see the president. I asked them if
4   there was a disturbance and he said no, that everything was fine. Then about 15 or 20
5   minutes later, he called back and said that the President met with them, but that they're
6   not happy, they're not leaving, they're shouting, and to come help. So, Tony Ng,
7   Material Managers, Michael Torres, Operations Manager, and I responded. We went to
8   the 6th floor, I could hear chanting as we were in the elevator going up there. When I
9   got off the elevator, the group of about 20 to 25 were chanting very loudly in the elevator
10  lobby, which leads to the President's suite. I went to a woman who appeared to be the
11  leader as everyone was clustered around her and she was leading the chants, and I told
12  her that she needed to leave the building and all the people with her needed to leave.
13  She didn't acknowledge that I had said anything to her. They just kept chanting. I
14  advised her she was trespassing, they're not welcome in the building and needed to
15  leave. She didn't respond and kept chanting. For two or three minutes I let them keep
16  chanting. At that point, I turned to Tony to call the switch board and asked me that 911 be called.
17  In the ensuing few minutes, there was a lot of chanting and noise. I tried to talk to this
18  woman, I tried to whisper to her let's not make this bigger than it is, let's keep the noise
19  down. She didn't respond.

20  A few minutes later, she turned to the group and said that he said you guys are
21  stupid. I said to the group that that's not true, that you know me well enough that I
22  wouldn't say that. She then started a one sided dialogue with me and said something
23  like, you look like a smart guy, why don't you get the president to meet with us. The
24  whole group then moved closer to the president suite and I got in front of them with my
25  arms out, to stop them. They were also classrooms nearby and so I was trying to keep
26  them contained. As she and the group moved closer to the president's suite and I had

1  my arms up to block them, she bumped into me. I told her not to touch me. She then

2  backed off a little bit. The chanting continues, so I said out loud that they are all

3  trespassing, they needed to leave and that the police had been called. One of the

4  elevators came to the floor and some of them started to get on. A few moments later,

5  the second elevator came and the rest of the group got on, including the 'leader' and so

6  did I. I pressed the button for the 1st floor, but the elevator stopped on the 4th floor. They all

7  got off and they started chanting in the 4th floor elevator lobby. They started walking

8  down toward the east wing where the school of business is. I tried to get in front of

9  them to stop them from going further. Somewhere in the middle of all that, a cell phone

10 went off. In the midst of all of this, there was various exchanges in Spanish between

11 people in the group. After the cell phone rang, the group moved to the stair well and I

12 followed them down the stairs and out the building.

13       When we went down to the bottom of the stairwell onto Mission Street. By now, we're in

14 the front of GGU. I see several police cars parked out front. I went up to the police

15 officer that appeared to be in charge, I explained what was happening. I said they were

16 trespassing and they don't belong here. He said he didn't see it happen and so there's

17 nothing he can do but you can make a citizen's arrest for all the people you saw trespass.

18 I said I didn't want to do that but they needed to understand they can't come back to the

19 building. The police officer then went to the woman who appeared to be the leader. He

20 then said he explained everything to them, and to call if there were further problems.

21 The group then milled around in the public sidewalk. I stood outside a minute or two. I

22 then went back inside the building to watch. They began picketing on the sidewalk in

23 front of GGU for about 30 minutes by walking back and forth and chanting. At this time,

24 they didn't have a picket sign. They then left.

25       When they were chanting inside the GGU building, they were chanting: "Justice

26 for Janitors" and :GGU Unfair." They chanted the same thing when they went outside.

Affidavit of Koperski on 7/13/2007        Page 3        Initials _MK_

000003

1   A week ago, July 2, 2007, Operations Managers Michael Torres, reported to me
2   on July 3, that some of the night crew (Facilities Assistants), that two or three of them
3   told him that on Tuesday morning when they got off work at 2:30 AM, as they went
4   outside, there was a van on Mission Street. The van did a u-turn, parked in front, and
5   those in it were mostly women [no men]. They began shouting at them that they (our employees)
6   shouldn't be working at GGU, and that they're taking away jobs from others who should
7   have it. Several of them got out of the van, and approached our employees and gave
8   them what I think was a resignation letter that they were told to sign and submit. These employees said
9   they were afraid and intimidated. When the employees pulled out their cell phones, the
10  people in the van left. When Torres reported this to me, we asked our contract security
11  services to camp out in front when our folks get off to keep an eye on things. I haven't
12  had another report of such events so it appears that this was an isolated incident.

**I have read this statement consisting of (4) pages, including this page, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge and belief.**

_____
Mike Koperski, Affiant

Subscribed and Sworn to before me at
San Francisco, California, this 13th day of July, 2007.

_____
Christy Kwon, Board Agent
National Labor Relations Board

Affidavit of Koperski on 7/13/2007       Page 4       Initials _____

000004

**GOLDEN GATE UNIVERSITY**

May 25, 2007

Mr. Rich Mulkerrins
Able Building Maintenance
868 Folsom Street
San Francisco, California 94107

Re: Notice of Intent To Terminate Service

Dear Rich,

Thanks for taking the time to meet with us about our custodial service. And thanks for providing the revised services option that we discussed.

The bottom line, as was mentioned at the meeting, is that GGU has been assessing the various services that it uses across the board. The purpose of these exercises has been to look at: what we are doing; why we are doing what we are doing; how we can do things better and smarter; the financial impact of this; and what, if any, ways we can become more efficient and cost effective.

In looking at our custodial services, and in how we can operate more efficiently as a service provider unit for the university, we've reached the conclusion that it would be in the best interest of GGU for us to absorb this operation in-house. Therefore we plan to end our service relationship with your company effective on June 30, 2007.

We'll begin communicating this decision to the university employees very soon. And we'll be posting job announcements online for the newly created Facility Assistant positions, and we welcome anyone who may be qualified to apply for one of these jobs. And there will be lots of other details to work through in the weeks ahead regarding the removal of your equipment and supplies, as well as other logistics items. So I ask that you please work with Michael and Dan on orchestrating these activities.

Rich, I just want you to know that this was a very difficult decision for us given our long-term relationship with Able. I very much appreciate all of your support over the years, and certainly wish you and your company all of the best in the future.

Thanks, and as always, please let me know if you have any questions.

Best Regards,

*mike*

Mike Koperski
Director, Business Services & Facilities

**Business Services
& Facilities**

536 Mission Street
San Francisco, CA
94105-2968
tel: 415-442-7089
fax: 415-495-2671
www.ggu.edu

000005

Exhibit 1

# Jerrold C. Schaefer

**From:** Mike Koperski [mkoperski@ggu.edu]
**Sent:** Wednesday, July 11, 2007 6:52 AM
**To:** Terri Shultis; Jerrold C. Schaefer
**Cc:** Jeff Bialik; Michael Torres; Sean Cawley
**Subject:** Re: Golden Gate University and SEIU, Local 87

Good Morning Jerry ...

A couple of things.

Regarding the picketing ... they did start on May 29th but have not been here each day. As of yesterday, they have been here picketing 27 days. Here are the dates:

    May 29, 30, 31

    June 4,5,6,7,811,12,13,14,18,19,20,21,22,25,26,27,29

    July 2,3,5,6,9,10

Also, June 26th was the date that they also came into the Academic Building and we had to call the police.

I was also asked what they are chanting when they are picketing ... this is what I heard them chanting yesterday (July 10th)

    "What do we want * justice.  When do we want it * now"

    "Justice for janitors"

    "Local 87, Local 87, Local 87"

    "No union, no justice"

And they've also started chanting in Spanish, and I am unable to translate.

Cheers ..... Mike


Mike Koperski
Director, Business Services & Facilities Golden Gate University
536 Mission Street
San Francisco, Ca 94105
Phone:  (415) 442-7082
FAX:    (415) 495-2671
email:  mkoperski@ggu.edu

>>> Terri Shultis 7/10/2007 4:19 PM >>>
Hi, Jerry:
I have attached the following to this e-mail:

1. Flyers distributed by SEIU.
2. Picture of the picketers with showing text on the signs.
3. The signed current CBA between OPEIU Local 3 and GGU and the signed extension agreement of the current CBA.
4. A letter from OPEIU Local 3 agreeing to represent the facilities assistants.
5. GGU's benefits summary.

Here is additional information you requested:

1. GGU's annual revenues are in excess of $1M.

1

000006

Exhibit 2

2. Picketing by SEIU began on May 29, 2007. It has continued since then, including today, July 10, 2007.

3. The OPEIU was certified as our official union in 1980. I should be able to get a copy to you of the certification tomorrow.

4. The SEIU union contact is: Maria Villanco, 415-885-0087.

5. GGU follows a standard hiring practice in all its job searches and is an EEO employer. Jobs are posted on the internal intranet and advertised on job boards, in newspapers and pertinent other media, depending on the type of position and the market. For example, these positions were advertised in the SF Chronicle. Job applications were accepted and reviewed by the hiring manager(s) to match the applicants' qualifications with GGU's requirements. The best qualified applicants were invited to interview with the hiring manager(s). Successful applicants were extended verbal offers, which were either accepted or not. Those who accepted the offers were extended written offers that outlined the terms of their employment, including their status as bargaining unit employees. All employees received training and orientation during their first days at GGU, which included specific tasks, Business Services & Facilities procedures, HR processes and a full benefits orientation.

6. The terms and conditions for employment for the facilities assistants are governed by the current CBA with OPEIU Local #3. These positions receive the same benefits as all other benefits-eligible employees (please see the attached Benefits Summary for more information).

7. For many years, GGU outsourced its janitorial services to ABLE, a third-party vendor. During this year's renewal process, GGU's analysis of ABLE's contract rate increase showed that, from a financial and operational perspective, it would be in the best interest of the university to bring custodial services in-house. By doing so, GGU could realign custodial job responsibilities to include addition of facilities management duties to the janitorial duties for the new Facilities Assistants. Additionally, by no longer outsourcing this service, the university was able to realize a significant cost-savings that was particularly important during the current budget year.

8. I will be the employer contact. My fax is 415-442-7056.

Let me know if you need any additional information, Jerry. Thanks!
- T

Terri Shultis, SPHR
Director, Human Resources
Golden Gate University
tshultis@ggu.edu
415.442.7079

>>> "Jerrold C. Schaefer" <jschaefer@hansonbridgett.com> 7/10/2007
>>> 10:25:59 AM >>>

Please see the attached documents. Thank you,

~~Jerry Schaefer


07-10-07 Memo to J. Bialik re SEIU, Local 87 Picketing

<<Memo to Jeff Bialik - SEIU, Local 87 Picketing.DOC$>>

Draft Unfair Labor Practice Charge to NLRB

<<NLRB ULP Charge.pdf>>

Jerrold C. Schaefer
Direct Dial: (415) 995-5012
E-Mail: jschaefer@hansonbridgett.com
HANSON        425 Market Street, 26th Floor

2

000007

BRIDGETT     San Francisco, CA  94105
MARCUS       Telephone:  415-777-3200
VLAHOS       Facsimile:  415-541-9366
RUDY, LLP    www.hansonbridgett.com

****************************
This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.
****************************

000008

## Union picketers at Golden Gate University



**Photo from:  Metroblogging San Francisco - June 13, 2007 -    10:53am**

**URL:**  http://sf.metblogs.com/archives/2007/06/union_picketers_at_golden_gate.phtml

000009

Exhibit 2

County of San Francisco
State of California

Case No.20-CP-1085

# AFFIDAVIT

**I, Terri Shultis, being duly sworn upon my oath, hereby state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board that this affidavit will be considered confidential by the United States Government and will not be disclosed unless it becomes necessary for the government to produce the affidavit in connection with a formal proceeding.**

1   I am currently employed as the Director of Human Resources for Golden Gate
2   University ("GGU") located at 536 Mission Street, San Francisco, CA 94105. My work
3   telephone number is (415) 442-7079. I have held this position since June of 1999.

4   During the past calendar year, Golden Gate University, a non-profit corporation,
5   that operates a private college at its facility in San Francisco, California, derived annual
6   gross revenue in excess of $1 million, and purchased and received products, goods,
7   and materials valued in excess of $5,000 directly from points outside the California.

8   On or about May 29, 2007, the picketing in front of GGU began. There was no
9   threat of picketing before it actually began. I was first made aware of the picketing on
10  May 29, when I received a call from Mike Koperski, Director of Business Services, that there was
11  picketing going on in front of GGU. When I received this phone call, I was at my office
12  which is located in the Administrative building of GGU on the corner of 1st Street and
13  Jessie Street. As GGU's educational building is only around the block, I immediately
14  walked over to see what was happening. When I arrived, I noticed about 15 people
15  picketing right outside of 536 Mission. They were at the main entrance of GGU, on the
16  sidewalk right in front of the school. They were about 30 feet from the actual front
17  entrance. The only other entrance is in the back on Jessie Street and there are two

Affidavit of Shultis on 7/13/2007         Page 1         Initials _TS_

000010

entrances there. All three entrances are open to everyone (students, visitors, deliverymen) but the one in the front (on Mission) is open the longest. The entrance in the back closes around 7 pm. What I saw at the time were about three picket signs held by the picketers. They were walking in a circle on the sidewalk; they had whistles; and they were chanting. Some of the chanting was incomprehensible because it was through a bull born and some of it was in Spanish. I do recall them saying, "GGU Unfair" but it was difficult to hear exactly what they were saying. The legend on the picket signs read, "SEIU, Golden Gate University UNFAIR!" and "Justice For Janitors." Attached here is Exhibit 1, which is a map showing where the administrative building is located in reference to GGU's main building. On Exhibit 1 is an "x" mark which designates where the picketers were at. Attached as Exhibit 2, is a photograph showing the picket signs that were being held. I did not take this photograph; I took if off the internet and it accurately reflects what I saw.

The picketers were also passing out flyers. Attached as Exhibit 3 is a flyer that was being passed out on May 29. People entering GGU had to walk around the picketers but none of the picketers prevented people from actually entering the building. I recognized some of the picketers as some of them (TS) were Able Maintenance janitors that were assigned to GGU. I don't recall if any of them were wearing SEIU shirts. I was in front of GGU observing the picketing for about 10-15 minutes on May 29, but my other managers told me that it lasted a few hours that day.

Since May 29, SEIU Local 87, has been picketing in front of GGU at the same location. They do not picket every single day but come around about four times a week. According to Director of Business (TS) Services Koperski, Local 87 has been picketing on may 29, 30, 31, June 4, 5, 6, 11, 12, 13, 14, 18, 19, 20, 21, 22, 25, 26, 27, 29, and July 2, 3, 5, 6, 9, 10. The last time I saw the picketers outside of GGU was yesterday. I have seen them there about 10 times since May 29 as I was on vacation in June. They usually picket for

Affidavit of Shultis on 7/13/2007        Page 2                      Initials ___

000011

1   about two or three hours at a time. The number of people who show up varies. One
2   day there was about 35 of them.

3   The picketers have also started passing out two other flyers. They are attached
4   here as Exhibit 4 and 5.

5   As the flyer attached as Exhibit 4 states, GGU used to contract with third party for
6   custodial services, specifically Able Maintenance. We had a contract with Able for
7   several years. I had no personal knowledge prior to the picketing that Able had a
8   collective bargaining agreement with SEIU Local 87. I assumed that they had such an
9   agreement based on the information on the flyer.

10  Sometime in the Spring of 2007, GGU began discussing ending our contractual
11  relationship with Able and instead having our own employees do the janitorial work.
12  Instead of outsourcing, we would be in sourcing. Koperski notified in writing Able of our
13  intent to not renew the contract about 30 days prior to the expiration of the contract. I
14  saw what he had sent to his contact at Able, but I do not have a copy of it. On June 30,
15  2007, our contract with Able expired and we did not renew it. The employees that are
16  currently doing the janitorial work are Facilities Assistants. In addition to the custodial
17  work they do facility maintenance work. We recruited 8 Facilities Assistants and 2 Senior
18  Facilities Assistants. Ten positions in all. These were all new hires. The work that Able
19  janitors performed was smaller in scope because it was limited to janitorial and custodial
20  only. The Facilities Assistants and Senior Facilities Assistants perform duties that we
21  would have never been able to ask Able employees to perform. Attached here as
22  Exhibit 6 is the job description for Senior Facilities Assistant that we had posted.
23  Attached here as Exhibit 7 is the job description for Facilities Assistant that we had
24  posted. As you can see, their duties are broader than custodial and janitorial services.

Affidavit of Shultis on 7/13/2007           Page 3                    Initials

000012



1   No one from SEIU Local 87 has directly called me or communicated to me why

2   they are picketing. On or about June 7 or 8, 2007, Jeff Bialik, Vice President of

3   Operations and CFO, told me that he had received a phone call from Maria Villanco,

4   and that she identified herself as someone from Local 87, and that her message was

5   that she wanted to arrange a meeting with GGU's president. She left a call back

6   number. He told me he called her back and he told her no, that he wasn't going to be

7   able to do that, that the president could not meet with them. The President is Dan

8   Angel.

9   In June, while I was on vacation and not at GGU, the General Counsel, Kevin

10   Mills, text messaged me to tell me that the SEIU picketers had entered the main

11   educational building on or about June 26. When I returned from my vacation on July

12   10, Koperski told me the following details of what happened that day. He said that a

13   group of about 15 people came to the President's office on the 6th floor, and demanded

14   to see the President. He went to the President's suite to make sure they only stayed in

15   a group and didn't go wandering around. (I think that the President did talk to them but I

16   think he said they couldn't be there and they needed to go.) He also told me that he

17   and our security personnel herded them out to the hall toward the elevators to get them

18   out of the building and he said they were taking pictures of him as he was trying to

19   move them toward the elevators. They were chanting in the hallway and were being

20   very, very loud. At that point, GGU called the police. Once in the elevators, they were

21   able to get them only to the 4th floor. When they entered the 4th floor, they chanted and

22   shouted and the security personnel went down and herded them back to the elevator

23   and finally out of the building. By that time, the police were on their way and finally the

24   picketers left. He told me that the police did show up and gave him the option of making

25   a citizen's arrest because they were not trespassing at the time, but Koperski declined

26   to make a citizen's arrest at the time.



Affidavit of Shultis on 7/13/2007         Page 4                 Initials

000013

1   To my knowledge, no unfair labor practice charges have been filed by Local 87
2   against GGU.

3   To my knowledge, no one from SEIU Local 87 has ever claimed they are
4   picketing because GGU's failure to pay prevailing wages and benefits. No one from
5   Local 87 has made a request for information regarding wages and benefits.

6   To my knowledge, since May 29, SEIU Local 87 has never filed a petition for
7   recognition for any employees at GGU nor have they made a demand for voluntary
8   recognition.

9   As I stated earlier, the picketers have not prevented people from entering or
10  exiting the main building. All deliveries have been made. However, we have students
11  who don't like to cross the picket line; we have students studying, some for the bar
12  exam and it's very disruptive for them. Students, faculty, and other employees have
13  complained to Koperski and Koperski has told me about the complaints regarding the
14  noise being disruptive and that it's uncomfortable going in and out of the building. He
15  also told me that employees complained of feeling intimidated because some of the chants
16  and the shouting were in Spanish and that they understood what was being said, which
17  made them feel intimidated. He didn't tell me what was being said in Spanish. Also, we
18  have had guest speakers who are uncomfortable or who don't want to cross the picket
19  lines.

20  No employee has stopped working because of the picketing. No delivery
21  companies or other companies have told me their employees are refusing to enter our
22  building. Our union employees, who are represented by OPEIU, have reported to work.
23  None of them have refused to work or cross the picket line. This unit was certified by
24  the NLRB and includes all regular employees employed by GGU in the City and County
25  of San Francisco, excluding part-time hourly employees, professional employees,

Affidavit of Shultis on 7/13/2007           Page 5                      Initials

000014

1  confidential employees, managerial employees, faculty, guards and supervisors as
2  defined in the Act.

3  It is our position that the new Facilities Assistants and Senior Facilities Assistants
4  are included by definition in the bargaining unit represented by OPEIU. When we hired
5  these employees, GGU set up their initial wages as their wages are not in the current
6  OPEIU contract, but they are working under all the terms and conditions found in that
7  contract, including all the benefits.

8  In mid to late May 2007, I emailed the revised job descriptions for Facilities
9  Assistants and Senior Facilities Assistants to OPEIU representative Lori Liederman.
10 This was before anyone was hired for these positions, and right before Able was notified
11 we were not renewing our contract with them. I told her it was our position these
12 employees would be included in the existing OPEIU unit. When I called her to tell her
13 we were treating these employees as OPEIU, she said okay. She did not object. I have
14 not communicated this position to SEIU, Local 87. To date, GGU has not filed a UC
15 petition for these new employees.

I have read this statement consisting of (6) pages, including this page, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge and belief.

_____
Terri Shultis, Affiant

Subscribed and Sworn to before me at
San Francisco, California, this 13th day of July, 2007.

_____
Christy Kwon, Board Agent
National Labor Relations Board

Affidavit of Shultis on 7/13/2007      Page 6      Initials _____

000015