

Address **536 Mission St**
**San Francisco, CA 94105**



000016

Exhibit 1

## Union picketers at Golden Gate University



Photo from: Metroblogging San Francisco - June 13, 2007 -   10:53am

URL: http://sf.metblogs.com/archives/2007/06/union_picketers_at_golden_gate.phtml

000017

Exhibit 2

# GOLDEN GATE UNIVERSITY UNFAIR!

Golden Gate University prides itself on its financial strength and investment in their students, staff and faculty.—Well, janitors are staff, too and contribute to this learning community so we are demanding the same level of respect and consideration!

- Janitors have families just like the faculty and students on this campus!

## SUPPORT THE JANITORS AT GOLDEN GATE UNIVERSITY!

Call or fax university president, Phillip Friedman and ask that no janitors be fired or laid off until the university sits down with Local 87, the janitor's union to resolve pending issues!

Fax (415) 442-7807   Office (415) 442-7063



SEIU Stronger Together
LOCAL 87

000018

Exhibit 3



## DECIDE FOR YOURSELF ABOUT THE JANITORS AT GGU!

**FACT:**
GGU contracts a third-party custodial contractor which in turn contracts the janitors you see everyday on campus. If GGU ends the vendor agreement the janitors here will be directly effected by being laid off. So, in fact, as a direct result of GGU's decision the janitors will be laid off.

**FACT:**
GGU will not increase the number of Union represented employees on campus if the janitors are not union.

**FACT:**
Local 87 realizes that ending vendor agreements is normal business practice. Fighting to keep workers unionized and ensuring that workers get the *best and most appropriate* representation possible is regular **union** practice.

**FACT:**
Office & Professional Employees International Union, Local 3 is not representing the janitors at GGU. Local 3 has not assumed representation for these workers. Although Local 3 is a sister union of SEIU Local 87 they represent completely different industries and in San Francisco SEIU Local 87 represents janitors.

**FACT:**
The health insurance, wage compensation and retirement plans that the new janitors would supposedly receive would be a decrease in what the janitors already have with SEIU Local 87.

**FACT:**
SEIU Local 87 wants to work *with* GGU to ensure the janitors get proper representation, the students needs are met and that the valuable services being provided remain affordable for GGU which is why we have asked GGU to sit down and discuss the issues with us. GGU has refused to even negotiate.

000019

Exhibit 4

# ATTENTION: GGU STUDENTS

**YOU ARE INVITED** to participate in a silent picket line! The janitors of Golden Gate University and SEIU Local 87 are pleased to invite you to a student focused picket line. The janitors understand that the recent picket lines have not been easy on you as students trying to study and further your education. We have taken the time to listen to students that said they support janitors but are frustrated by the disruption and as a result we think we have come up with a great compromise.

On **Wednesday, June 20, 2007 from 2:30-3:30pm** SEIU Local 87 will be sponsoring a student picket line. This will be a *silent* picket line to which the janitors invite you to come, do homework, read a book, or eat your lunch while you hold a picket sign.

**THIS WILL ONLY WORK IF *YOU* PARTICIPATE!**

**SEIU LOCAL 87 JANITORS THANK THE STUDENTS FOR THEIR SUPPORT!**

Join janitors for snacks & a silent picket line!

# SAVE GGU JANITORS!



LOCAL 87
SEIU
Stronger Together