**GOLDEN GATE UNIVERSITY**

## BUSINESS SERVICES & FACILITIES – JOB DESCRIPTION
Updated: May 21, 2007

| | |
|---|---|
| **TITLE:** | **SENIOR FACILITIES ASSISTANT** |
| **REPORTS TO:** | Materials Manager or Operations Manager |
| **SALARY RANGE:** | $29,250 - $33,150 per year depending on experience |
| **HOURS:** | 37.5 Hours per week |
| **FLSA CLASS:** | Non-Exempt |
| **SUPERVISES:** | None |

**OVERVIEW OF THIS POSITION:**

As one of the "lead" Facilities Assistants, this position must be proactive in performing, and insuring that, the routine facility housekeeping activities for all university buildings are accomplished. This includes: configuring and resetting classrooms, lobbies and other areas; cleaning assigned spaces such as classrooms and offices; emptying trash containers and performing recycling duties; performing minor maintenance and repairs; restocking and distributing consumable supplies; assisting with office moves and event set-ups; and assisting with other department activities as needed.

**RESPONSIBILITIES OF THIS POSITION:** The specific responsibilities and duties assigned to this position include, but are not limited to, the following:

1. Ensure that the assigned work-crew accomplishes their specific tasks for their shift. Verify completion of this work, and perform corrective actions as needed to correct any deficiencies in the work, or to perform additional work as required. Display appropriate leadership and initiative to foster a cohesive team.

2. Insure that all classrooms, lecture halls, lounges and common-area spaces are properly configured. Perform room set-ups and re-sets as required. Make sure that the furniture for these areas is accounted for and in serviceable condition. Consolidate anomaly reports and take corrective action.

3. Clean assigned areas in-and-around the facilities. This includes tasks such as: dusting, vacuuming, sweeping, mopping and waxing floors, shampooing carpets, cleaning and disinfecting bathrooms and kitchen areas; spot cleaning furniture; removing graffiti; maintaining the external grounds and all interior common areas in a clean and presentable condition.

4. Remove trash and other debris from offices, classrooms and all common areas. Insure that waste-recycle containers are cleaned and sanitized; and perform recycling activities to include sorting and properly disposing of all waste materials.

5. Assist with minor maintenance work to include: re-lamping lighting fixtures; remove-and- replace facility infrastructure consumable items such as filters, hoses and belts; adjusts and services bathroom hardware; maintains all mechanical rooms and service areas in proper condition; waters plants and helps with the upkeep; assists in preparing the facility for major maintenance-upgrades as required as well as office moves and post-move adjustments.

6. Inventory and restock consumable products and supplies for general use. Control the distribution of these supplies and place orders as required.

7. Prepare job tickets, equipment service records, and other routine correspondence.

8. Resolve any minor furniture and equipment repairs, hazardous materials and safety concerns; or report them to the appropriate supervisor.

9. Provide excellent customer service and function as member of BSF team.

10. Provide backup assistance throughout the department and perform other related duties as assigned.

**GENERAL QUALIFICATIONS:**

1. Possess a well-rounded knowledge of facility operations to include routine repairs, housekeeping and be able to effectively use the appropriate tools and equipment safely and with skill and efficiency.

2. Be able to assess work that has been performed and have the initiative to take the necessary actions to complete the work, or to perform additional work as required to meet or exceed the assigned standards. Have the ability to effectively work within a team environment, and lead the group to accomplish the assigned tasks.

3. Be able to read and follow both oral and written instructions, and comply with university and department policies and procedures. Have the ability to identify potential problems, and report them to the appropriate supervisor.

4. Be computer literate and be able to perform basic functions such as: entering work orders into the department work order program; read and generate email messages; perform employee time keeping and related administrative functions on-line.

5. Must be able to effectively communicate verbally with students, faculty, staff and visitors and use the department's radio communications system; and establish and maintain effective working relationships within the department and throughout the university.

6. Must be able to lift and move heavy objects (up to 150 pounds) using carts and hand-trucks and be able to sit, stand, bend and walk for extended periods, and climb up-and-down ladders, scaffolding, and stairwells.

7. Be a licensed driver in the state of California and be able to operate assigned vehicles. Individuals who do not possess a valid California Drivers License at the time of employment must be able to do so within 90 days of hiring.

8. Must be available to work varied hours (to include evenings, weekends, and holidays) depending on operational needs.

9. Must possess superb customer-service skills.

**EDUCATION AND TRAINING:**

1. Completion of at least the equivalent of the 12th grade.

2. Completion of trade or technical school courses in facility operations is desirable.

**EXPERIENCE:**

1. Two or more years of similar experience and training that would likely provide the required knowledge and abilities qualify. Prior work experience at a college or university or with a multi-building organization is desirable.



## GOLDEN GATE UNIVERSITY

### BUSINESS SERVICES & FACILITIES – JOB DESCRIPTION
Updated: May 21, 2007

| | |
|---|---|
| **TITLE:** | FACILITIES ASSISTANT |
| **REPORTS TO:** | Materials Manager or Operations Manager |
| **SALARY RANGE:** | $25,350 - $29,250 per year depending on experience |
| **HOURS:** | 37.5 Hours per week |
| **FLSA CLASS:** | Non-Exempt |
| **SUPERVISES:** | None |

**OVERVIEW OF THIS POSITION:**

Performs routine facility housekeeping activities for all university buildings to include: configuring and resetting classrooms, lobbies and other areas; cleaning assigned spaces such as classrooms and offices; emptying trash containers and performing recycling duties; performing minor maintenance and repairs; restocking and distributing consumable supplies; assisting with office moves and event set-ups; and assisting with other department activities as needed.

**RESPONSIBILITIES OF THIS POSITION:** The specific responsibilities and duties assigned to this position include, but are not limited to, the following:

1. Insure that all classrooms, lecture halls, lounges and common-area spaces are properly configured. Perform room set-ups and re-sets as required. Make sure that the furniture for these areas is accounted for and in serviceable condition. Report anomalies to supervisor.

2. Clean assigned areas in-and-around the facilities. This includes tasks such as: dusting, vacuuming, sweeping, mopping and waxing floors, shampooing carpets, cleaning and disinfecting bathrooms and kitchen areas; spot cleaning furniture; removing graffiti; maintaining the external grounds and all interior common areas in a clean and presentable condition.

3. Remove trash and other debris from offices, classrooms and all common areas. Insure that waste-recycle containers are cleaned and sanitized; and perform recycling activities to include sorting and properly disposing of all waste materials.

4. Assist with minor maintenance work to include: re-lamping lighting fixtures; remove-and- replace facility infrastructure consumable items such as filters, hoses and belts; adjust and service bathroom hardware; maintain all mechanical rooms and service areas in proper condition; water plants and help with their upkeep; assist in preparing the facility for major maintenance-upgrades as required as well as office moves and post-move adjustments.

5. Inventory and restock consumable products and supplies for general use.

6. Prepare job tickets, equipment service records, and other routine correspondence.

7. Resolve any minor furniture and equipment repairs, hazardous materials and safety concerns; or reports them to the appropriate supervisor.

8. Provide excellent customer service and function as member of BSF team.

9. Provide backup assistance throughout the department and performs other related duties as assigned.

000023

Exhibit 7

**GENERAL QUALIFICATIONS:**

1. Possess a well-rounded knowledge of facility operations to include routine repairs, housekeeping and be able to effectively use the appropriate tools and equipment safely and with skill and efficiency.

2. Be able to read and follow both oral and written instructions, and comply with university and department policies and procedures. Have the ability to identify potential problems, and report them to the appropriate supervisor.

3. Be computer literate and be able to perform basic functions such as: entering work orders into the department work order program; read and generate email messages; perform employee time keeping and related administrative functions on-line.

4. Must be able to effectively communicate verbally with students, faculty, staff and visitors and use the department's radio communications system; and establish and maintain effective working relationships within the department and throughout the university.

5. Must be able to lift and move heavy objects (up to 150 pounds) using carts and hand-trucks and be able to sit, stand, bend and walk for extended periods, and climb up-and-down ladders, scaffolding, and stairwells.

6. Be a licensed driver in the state of California and be able to operate assigned vehicles. Individuals who do not possess a valid California Drivers License at the time of employment must be able to do so within 90 days of hiring.

7. Must be available to work varied hours (to include evenings, weekends, and holidays) depending on operational needs.

8. Must be able to function successfully as a team member.

9. Must possess superb customer service skills.

**EDUCATION AND TRAINING:**

1. Completion of at least the equivalent of the 12th grade.

2. Completion of trade or technical school courses in facility operations is desirable.

**EXPERIENCE:**

1. Any combination of experience and training that would likely provide the required knowledge and abilities qualify. Prior similar work experience at a college or university or with a multi-building organization is desirable.



**Siegel & Yee**

ATTORNEYS AT LAW

* DAN SIEGEL
* ALAN S. YEE
* JANE BRUNNER
* JOSE LUIS FUENTES
* TANYA RUSSELL
* DEAN ROYER

OF COUNSEL

* ANNE BUTTERFIELD WEILLS

July 17, 2007

Christy J. Kwon
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103

RECEIVED
NLRB: REGION 20

2007 JUL 18 P 2:22

SAN FRANCISCO, CA

RE:   SEIU Local 87. Case 20-CP-1085

Dear Ms. Kwon:

Thank you for your letter dated July 13, 2007. I am representing the Union in this matter. In your letter you requested information regarding picketing at Golden Gate University.

SEIU Local 87 started picketing Golden Gate University (GGU) after the University did not rehire the majority of the janitors. This is not recognitional or organizational picketing. SEIU has been picketing to only inform the public that the janitors at the University are not union and there is no union contract at this time.

The picketing has been at public entrances and is to inform the public. The picketing is to inform the public that the workers who worked at GGU for more than 10 years were being displaced. The picketing does not request or induce other unions or union members to discourage performance of work or not cross the picket line.

The picket signs state the following: Golden Gate University UNFAIR, JUSTICE FOR JANITORS, GGU STUDENTS DEMANDING JUSTICE FOR JANITORS, SUPPORT THE JANITORS AT GOLDEN GATE UNIVERSITY, JANITORS HAVE FAMILES TOO.

GGU released a fact sheet regarding the janitors. SEIU's leaflets were only a response to GGU's fact sheets.

If you have any questions, please call me at 510-839-1200, exy. 208.

Very truly yours

Jane Brunner

Cc. Olga Miranda

# EXTENSION AGREEMENT

It is hereby agreed by and between the **OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 3, AFL-CIO,**

and

**GOLDEN GATE UNIVERSITY**

that the existing Collective Bargaining Agreement dated 10/01/03 through 09/30/06 is hereby extended to provide the parties the opportunity to negotiate modifications and amendments to said agreement. All modifications or amendments agreed to by the parties shall be retroactive to October 1, 2006, unless otherwise provided for by the parties.

Either party may terminate the agreement by serving the other party with a 72 hour written notice of termination of said extension agreement.

**FOR THE EMPLOYER**

By: [signature]

Date: 9/26/06

**FOR THE UNION**

**OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 3**

By: [signature] Conny Ford
Conny Ford
Business Manager/
Secretary-Treasurer

cwa-9430-afl-cio/jds

000026

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

REGION 20

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87, <br><br> Respondent, <br><br> and <br><br> GOLDEN GATE UNIVERSITY, <br><br> Charging Party. | NLRB Case No. 20-CP-1085 <br><br> **DECLARATION OF MICHAEL KOPERSKI** |

I, Michael Koperski, am the Director of Business Services and Facilities for Golden Gate University. My office is located at the Golden Gate University campus in San Francisco, California. I make this Declaration based upon my personal knowledge of the facts recited herein and/or based upon the information I have acquired in the normal course of performing my duties as Director of Business Services and Facilities. I declare as follows:

1. The picketing that has been occurring at Golden Gate University in San Francisco, California, since on or about May 29, 2007, has continued up to and on Monday, July 23, 2007.

2. As Director of Business Services and Facilities, I was responsible for the contract between Golden Gate University and Able Building Maintenance ("Able"). Pursuant to that contract, Able employed janitors who performed janitorial services at Golden Gate University's campus in San Francisco, California. I was aware that Able employees working at Golden Gate University were represented by Service Employees International Union, Local 87 ("SEIU,

000027

Local 87), and were subject to a collective bargaining agreement between Able and SEIU, Local 87.

I make this Declaration under the penalty of perjury under the laws of California and the laws of the United States.

_____
MICHAEL KOPERSKI

Dated: July 24th, 2007