**FILED**

JUL 2 5 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, | No. C07-03808 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, | |
| Defendant. | |

The Petition of Joseph P. Norelli, Regional Director of Region 20 of the National Labor Relations Board, together with affidavits, declarations and exhibits in support thereof, having been filed in this Court pursuant to Section 10(l) of the National Labor Relations Act ("Act"), as amended, praying for issuance of an order directing Service Employees International Union, Local 87, herein called Respondent, to show cause why an injunction should not be issued enjoining and restraining Respondent from engaging in certain acts and conduct in violation of the Act, pending the final disposition of the matter herein involved now pending before the Board, and good cause appearing therefor,

IT IS ORDERED that Respondent appear before this Court in Courtroom 11 at the United States Courthouse in San Francisco, California, **on Thursday, August 2, 2007, at 3:30 p.m.**, and then and there show cause why, pending the final disposition of the matters now pending before the National Labor Relations Board in Board Case 20-CP-1085, Respondent, its officers, representatives, agents, servants, employees, and all members, persons and other labor organizations

1  acting in concert or participation with them, should not be enjoined and restrained under Section
2  10(l) of the Act as prayed in said Petition; and

3      IT IS FURTHER ORDERED that Respondent file an Answer to the allegations of said
4  Petition, together with any affidavits in support of said Answer, with the Clerk of this Court, and
5  serve and deliver copies thereof upon Petitioner at his office located at 901 Market Street, Suite 400,
6  San Francisco, California, 94103, **to be received on or before 5 p.m., Monday, July 30, 2007**, and
7  that Petitioner may file and serve rebuttal affidavits **no later than noon, Wednesday, August 1,**
8  **2007**. Pursuant to Rule 7-6 of the Local Rules of this Court and pursuant to the Order of this Court,
9  all evidence shall be presented by affidavit and no oral testimony will be heard unless otherwise
10  ordered by the Court, and

11      IT IS FURTHER ORDERED that Petitioner shall immediately effect service of copies of this
12  Order, together with copies of the Petition, affidavits, declarations, exhibits and other papers upon
13  which it is issued, Petitioner's proposed Findings of Fact and Conclusions of Law, and Petitioner's
14  proposed Preliminary Injunction, in accordance with Rule 4(c) of the Federal Rules of Civil
15  Procedure, in a manner that ensures receipt by Respondent **within twenty-four (24) hours of**
16  **issuance of this Order**, and that proof of service be filed by Petitioner herein.

17
18  **IT IS SO ORDERED.**
19
20
21  Dated: July 25, 2007                  *[signature]*
                                  MARTIN J. JENKINS
22                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORELLI ,

          Plaintiff,

v.

SEIU,

          Defendant.
                                  /

Case Number: C 07-03808 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, AND BY FAXING TO NLRB OFFICE AT 415-356-5156, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

July 25, 2007

Olivia Garcia
Robert J. Buffin
Christy J. Kwon
Cecily A. Vix
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103

Richard W. Wieking, Clerk

By: Edward Butler

**Deputy Clerk**