OLIVIA GARCIA
ROBERT J. BUFFIN
CHRISTY J. KWON
CECILY A. VIX
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103
Telephone: (415) 356-5154/ (415)356-5179
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>      Petitioner,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87<br><br>      Respondent. | Civil No. C 07 3808 MJJ<br><br>AFFIDAVIT OF SERVICE |

  I am employed as a Field Attorney by the National Labor Relations Board, Region 20. My office address is 901 Market Street, Suite 400, San Francisco, California 94103-1735. My office telephone number is (415) 356-5175.

  I hereby declare under penalty of perjury that on July 25, 2007, I served Jane Brunner, Counsel for Service Employees International Union, Local 87, AFL-CIO, herein called Respondent Local 87, via facsimile transmission, the Order to Show Cause that was issued by Judge Jenkins on July 25, 2007. The facsimile was transmitted to Ms. Brunner at the Law

Respondent Local 87, by leaving copies of the following papers with Ms. Brunner at the Law Offices of Siegel & Yee, located at 499 14th Street, Suite 220, Oakland, California:

1. Memorandum of Points and Authorities in Support of Petition for Injunction Under Section 10(l) of the National Labor Relations Act
2. Affidavits in Support of Petition for Injunction Under Section 10(l) of the National Labor Relations Act
3. Motion Shortening Time and Order Shortening Time
4. Petition for Injunction Under Section 10(l) of the National Labor Relations Act
5. Preliminary Injunction
6. Findings of Fact and Conclusions of Law
7. Order to Show Cause
8. ECF Registration Information Handout
9. Order Setting Initial Case Management Conference and ADR Deadlines
10. Standing Order

EXECUTED AT San Francisco, California this 26th day of July, 2007.

_____
Craig P. Wilson

SERVICE\Proof of Service C C073808 MJJ WILSON.doc