1  ROBERT J. BUFFIN
2  CHRISTY J. KWON
   CECILY A. VIX
3  National Labor Relations Board, Region 20
   901 Market Street, Suite 400
4  San Francisco, CA  94103
   Telephone: (415) 356-5154/ (415)356-5179
5  Attorneys for Petitioner

6

7                    UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 JOSEPH P. NORELLI, Regional Director of Region  )
   20 of the National Labor Relations Board, for and on )
11 behalf of the NATIONAL LABOR RELATIONS  )
   BOARD,                                          )
12                                                 )  Civil No. C 07 3808 MJJ
                      Petitioner,                  )
13                                                 )
              v.                                   )
14                                                 )
   SERVICE EMPLOYEES INTERNATIONAL                 )
   UNION, LOCAL 87                                 )  AFFIDAVIT OF SERVICE
15                                                 )
                                                   )
16                    Respondent.                  )
                                                   )
17                                                 )
                                                   )
18 ─────────────────────────────────

19      I am employed as a Field Examiner by the National Labor Relations Board, Region
20 20. My office address is 901 Market Street, Suite 400, San Francisco, California 94103-
21 1735. My office telephone number is (415) 356-5210. I am not a party to the above-
22 captioned action.
23      I hereby declare under penalty of perjury that on July 25, 2007, I served Jane Brunner,
24 Counsel for Service Employees International Union, Local 87, AFL-CIO, herein called
25

Offices of Siegel & Yee, located at, 499 14th Street, Suite 220, Oakland, California:

1. Memorandum of Points and Authorities in Support of Petition for Injunction Under Section 10(l) of the National Labor Relations Act
2. Affidavits in Support of Petition for Injunction Under Section 10(l) of the National Labor Relations Act
3. Motion Shortening Time and Order Shortening Time
4. Petition for Injunction Under Section 10(l) of the National Labor Relations Act
5. Preliminary Injunction
6. Findings of Fact and Conclusions of Law
7. Order to Show Cause
8. ECF Registration Information Handout
9. Order Setting Initial Case Management Conference and ADR Deadlines
10. Standing Order

EXECUTED AT San Francisco, California this 26th day of July, 2007.

*/s/ Craig P. Wilson*

Craig P. Wilson

SERVICE\Proof of Service C C073808 MJJ WILSON.doc