CHRISTY J. KWON
CECILY A. VIX
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103
Telephone: (415) 356-5154/ (415)356-5179
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,

     Petitioner,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87

     Respondent.

Civil No. C 07 3808 MJJ

AFFIDAVIT OF SERVICE

  I am employed as a Field Attorney by the National Labor Relations Board, Region 20. My office address is 901 Market Street, Suite 400, San Francisco, California  94103-1735. My office telephone number is (415) 356-5175.

  I hereby declare under penalty of perjury that on July 25, 2007, I served Jane Brunner, Counsel for Service Employees International Union, Local 87, AFL-CIO, herein called Respondent Local 87, via facsimile transmission, the Order to Show Cause that was issued by Judge Jenkins on July 25, 2007.  The facsimile was transmitted to Ms. Brunner at the Law

2 | Brunner orally represented to me that she was also accepting service on behalf of her client,
3 | Respondent Local 87.
4 |     EXECUTED AT San Francisco, California this 26th day of July, 2007.

                                                   */s/ Christy J. Kwon*

                                                   Christy J. Kwon