1 | OLIVIA GARCIA
2 | ROBERT J. BUFFIN
   | CHRISTY J. KWON
3 | CECILY A. VIX
   | National Labor Relations Board, Region 20
4 | 901 Market Street, Suite 400
   | San Francisco, CA  94103
5 | Telephone: (415) 356-5154/ (415)356-5179
   | Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,

     Petitioner,

  v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87

     Respondent.

Civil No. C 07 3808 MJJ

AFFIDAVIT OF SERVICE

  I am employed as a Field Examiner by the National Labor Relations Board, Region 20. My office address is 901 Market Street, Suite 400, San Francisco, California 94103-1735.  My office telephone number is (415) 356-5170.  I am not a party to the above-captioned action.

  I hereby declare under penalty of perjury that on July 25, 2007, I served Ahmad Abouzed, Vice-President of the Counsel for Service Employees International Union, Local 87, AFL-CIO, herein called Respondent Local 87, by leaving copies of the following papers

with Mr. Abouzed at Respondent Local 87's office located at 240 Golden Gate, San Francisco, California:

1. Memorandum of Points and Authorities in Support of Petition for Injunction Under Section 10(l) of the National Labor Relations Act
2. Affidavits in Support of Petition for Injunction Under Section 10(l) of the National Labor Relations Act
3. Motion Shortening Time and Order Shortening Time
4. Petition for Injunction Under Section 10(l) of the National Labor Relations Act
5. Preliminary Injunction
6. Findings of Fact and Conclusions of Law
7. Order to Show Cause
8. ECF Registration Information Handout
9. Order Setting Initial Case Management Conference and ADR Deadlines
10. Standing Order

I further declare under penalty of perjury that on July 25, 2007, I served Maria Vivanco, a Business Agent for Respondent Local 87, by leaving a copy of the Executed Order to Show Case with Ms. Vivanco at Respondent Local 87's office located at 240 Golden Gate, San Francisco, California:

EXECUTED AT San Francisco, California this 26th day of July, 2007.

*/s/ Scott M. Smith*

Scott M. Smith

SERVICE\Proof of Service C C073808 MJJ SMITH.doc