JANE BRUNNER, SBN 135422
JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: 510.839.1200
Facsimile: 510.444.6698

Attorneys for Respondent
SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 87

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for an and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87,<br><br>Repsondent. | Case No. C 07-3808 MJJ<br><br>DECLARATION OF JACQUELINE RAMIREZ IN SUPPORT OF RESPONDENT'S ANSWER TO PETITION FOR INJUNCTION UNDER SECTION 10(l) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED, [29 U.S.C. SECTION 160(l)] |

I, Jacqueline Ramirez, hereby state and declare as follows:

1. I, the undersigned, am an Organizer for respondent SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87. I make this declaration in support of respondent's answer to petition for injunction under section 10(l) of the National Labor Relations Act, as amended, [29 U.S.C. section 160(l)]. If called upon as a witness, I could and would competently testify to the following facts.

2. I personally attended a worker delegation to Golden Gate University (GGU) on June 26, 2007. When a group of us, including Olga Miranda and myself, were near the GGU President's

-1-
DECLARATION OF JACQUELINE RAMIREZ IN SUPPORT OF RESPONDENT'S
OPPOSITION TO PETITION FOR INJUNCTION
Norelli v. Local 87, Case No. C 07-3808 MJJ

suite, Mike Koperski approached us with arms outstretched in an effort to get us to move. Ms. Miranda stood her ground and made no movements toward Mr. Koperski. As a result, Mr. Koperski knocked into Ms. Miranda.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 30, 2007.

By: *[signature]*
Jacqueline Ramirez

---

-2-

DECLARATION OF JACQUELINE RAMIREZ IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITION FOR INJUNCTION
*Norelli v. Local 87*, Case No. C 07-3808 MJJ