JANE BRUNNER, SBN 135422
JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: 510.839.1200
Facsimile: 510.444.6698

Attorneys for Respondent
SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 87

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for an and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87,<br><br>Respondent. | Case No. C 07-3808 MJJ<br><br>DECLARATION OF OLGA MIRANDA IN SUPPORT OF RESPONDENT'S ANSWER TO PETITION FOR INJUNCTION UNDER SECTION 10(l) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED, [29 U.S.C SECTION 160(l)] |

I, Olga Miranda, hereby state and declare as follows:

1. I, the undersigned, am the President for respondent SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87. I make this declaration in support of respondent's answer to petition for injunction under section 10(l) of the National Labor Relations Act, as amended, [29 U.S.C. section 160(l)]. If called upon as a witness, I could and would competently testify to the following facts.

2. I personally attended a worker delegation to Golden Gate University (GGU) on June 26, 2007. On June 26, 2007, Local 87 was the exclusive bargaining agent for janitors working at

-1-
DECLARATION OF OLGA MIRANDA IN SUPPORT OF RESPONDENT'S OPPOSITION
TO PETITION FOR INJUNCTION
Norelli v. Local 87, Case No. C 07-3808 MJJ

GGU. The delegation was composed of GGU employees, and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87 (Local 87) board members and staff. The purpose of the delegation was to speak to the President of GGU about concerns of GGU workers. The contract between Able Janitorial Services and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87 expired on June 30, 2007 and on July 1, 2007, Local 87 was no longer the exclusive representative of GGU's janitors.

3. On June 26, 2007 the delegation met with the GGU President in his President's Suite. The President stated that the ten persons directly hired by GGU belonged to the Office & Professional Employees International Union, Local 3. After approximately five minutes, the President left his Suite for another office.

4. After the meeting with the President, Mike Koperski approached me and stood facing me from a very short distance. I told Mr. Koperski that we were not there to fight, and we were only there so that the President of GGU would hear us. The delegation was very careful to behave in a peaceful manner because GGU employees' jobs were at stake. Mike Koperski then attempted to get me and other delegation members to move with his arms outstretched. I stood my ground and made no movements toward Mr. Koperski. As a result, Mr. Koperski knocked into me.

5. Local 87 has not picketed in front of GGU's main entrance at 536 Mission Street in San Francisco, California since July 23, 2007 out of fear of National Labor Relations Board action that would deplete the pocket books of janitor members.

6. Local 87 had been engaged in peaceful picketing at GGU. Local 87 has not prevented employees from crossing the picket line or working, and all deliveries have been made to GGU.

7. The National Labor Relations Board (Board) seeks to regulate the content of Local 87's signs, slogans and pamphlets to suppress pro-union views by having this Court issue an injunction prohibiting lawful picketing at GGU.

8. There has been no finding by the Board that Local 87 has engaged in unfair labor practices.

-2-
DECLARATION OF OLGA MIRANDA IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITION FOR INJUNCTION
*Norelli v. Local 87*, Case No. C 07-3808 MJJ

9. Local 87 has received cards from ~~all ten~~ seven of the persons who were directly hired by GGU stating their desire to be represented by Local 87.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 30, 2007.

By: _____
Olga Miranda

-3-
DECLARATION OF OLGA MIRANDA IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITION FOR INJUNCTION
*Norelli v. Local 87*, Case No. C 07-3808 MJJ