JANE BRUNNER, SBN 135422
JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: 510.839.1200
Facsimile: 510.444.6698

Attorneys for Respondent
SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 87

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for an and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> vs. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87, <br><br> Respondent. | Case No. C 07-3808 MJJ <br><br> DECLARATION OF LORI LIEDERMAN IN SUPPORT OF RESPONDENT'S ANSWER TO PETITION FOR INJUNCTION UNDER SECTION 10(l) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED, [29 U.S.C. SECTION 160(l)] |

I, Lori Liederman, hereby state and declare as follows:

1. I, the undersigned, am a union representative for Office & Professional Employees International Union, Local 3. I make this declaration in support of respondent's answer to petition for injunction under section 10(l) of the National Labor Relations Act, as amended, [29 U.S.C. section 160(l)]. I am responsible for negotiating the collective bargaining agreement between Local 3 and Golden Gate University. If called upon as a witness, I could and would competently testify to the following facts.

2. Office & Professional Employees International Union, Local 3 (OPEIU, Local 3) was aware of Golden Gate University's (GGU) direct hire of ten persons for custodial and facility

-1-
DECLARATION OF LORI LIEDERMAN IN SUPPORT OF RESPONDENT'S ANSWER TO PETITION FOR INJUNCTION

maintenance work after the contract between Able Janitorial Services and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87 expired on June 30, 2007. GGU contacted OPEIU, Local 3 after the hires to notify us that it would add the employees to our bargaining unit.

3. However, OPEIU, Local 3 was also aware that the custodial and facility maintenance services had for many years been provided by members of SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87.

4. It has been and is the view of OPEIU, Local 3 that the custodial and facility maintenance work falls under the jurisdiction of SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87 and that choice of union representation should be left to the employees.

5. OPEIU Local 3, does not represent, nor will they represent the ten employees hired by GGU as custodial and facility maintenance workers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 30, 2007.

By: _____
Lori Liederman

-2-
DECLARATION OF LORI LIEDERMAN IN SUPPORT OF RESPONDENT'S ANSWER TO PETITION FOR INJUNCTION