OLIVIA GARCIA
ROBERT J. BUFFIN
CHRISTY J. KWON
CECILY A. VIX
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103
Telephone: (415) 356-5154/ (415)356-5175
Facsimile: (415) 356-5156

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　Petitioner,<br><br>　vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87<br>　　　　　　　　Respondent | No. C07-03808 MJJ<br><br>**REBUTTAL AFFIDAVITS IN SUPPORT OF INJUNCTION**<br><br>Hearing: August 2, 2007<br>Time: 3:30 PM<br>Judge Jenkins |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page

1. Supplemental Affidavit of Terri Shultis............................................1

2. Second Supplement Affidavit of Terri Shultis, dated July 31, 2007.............6

**REBUTTAL AFFIDAVITS IN SUPPORT OF INJUNCTION**
Page 1

County of San Francisco
State of California

Case No. 20-CP-1085

# AFFIDAVIT

I, Terri Shultis, declare under penalty of perjury and hereby state as follows:

I am currently employed as the Director of Human Resources for Golden Gate University ("GGU") located at 536 Mission Street, San Francisco, CA 94105. My work telephone number is (415) 442-7079. I have held this position since June of 1999.

As stated in my previous Affidavit dated July 13, 2007, SEIU, Local 87 commenced picketing GGU on May 29, 2007. In response to the picketing, GGU distributed a leaflet entitled, "Facts Regarding the Janitors at GGU" on June 7, 2007, a copy of which is attached as Exhibit A. On the following day, June 8, 2007, SEIU, Local 87 and its pickets distributed a leaflet on SEIU, Local 87 stationery entitled, "DECIDE FOR YOURSELF ABOUT THE JANITORS AT GGU" attached hereto as Exhibit B. The leaflet distributed by SEIU, Local 87, on June 8, 2007 replies on a paragraph-by-paragraph basis to the leaflet which GGU distributed on June 7, 2007. The SEIU, Local 87 leaflet, Exhibit B, indicates that the SEIU, Local 87 read the GGU's June 7, 2007 leaflet and fully understood that it was the intent of GGU to discontinue contracting out janitorial work and to hire facilities assistants as GGU employees to perform facilities assistants' work which would include janitorial, building maintenance, and office supply work as described in my Affidavit of July 13, 2007.

I declare under penalty of perjury that the above statement is true and correct.

_____
Terri Shultis, Affiant

1337661.1

0000001

# EXHIBIT A

Case 3:07-cv-03808-MJJ   Document 17   Filed 08/01/2007   Page 3 of 9

000002

**GOLDEN GATE UNIVERSITY**

## FACTS REGARDING THE JANITORS AT GGU

**FACT:**
GGU did NOT "lay-off... janitors". The custodians who have been doing work at GGU are employees of the third-party custodial service contractor. **They have never been employees of Golden Gate University.**

**FACT:**
GGU has made a decision not to renew the services of a third-party custodial contractor. We will hire Facilities Assistants who **will be GGU employees. This decision will save money and will increase the number of union represented employees at GGU.**

**FACT:**
GGU notified the third-party custodial contractor that our service agreement will end on June 30th. **Ending vendor agreements is a normal business practice.**

**FACT:**
**GGU has NOT made a decision to "go non-union."** All of the new GGU Facilities Assistants **will be union employees.** They will be represented by Office & Professional Employees International Union, Local 3, which is the union representative of all GGU's non-managerial non-academic full time employees. OPEIU local 3 is a sister union to SEIU Local 87.

**FACT:**
The new employees will be **represented by our current collective bargaining agreement** and receive wage compensation, health insurance, retirement plans, free GGU tuition, life insurance, paid vacation and sick leave, and **other benefits as negotiated by OPEIU local 3.**

**FACT:**
The new union employees will be able to enjoy the benefits of working for Golden Gate University, while providing a valuable service to all of you at a cost savings for the institution.

000003

# EXHIBIT B



## DECIDE FOR YOURSELF ABOUT THE JANITORS AT GGU!

**FACT:**
GGU contracts a third-party custodial contractor which in turn contracts the janitors you see everyday on campus. If GGU ends the vendor agreement the janitors here will be directly effected by being laid off. So, in fact, as a direct result of GGU's decision the janitors will be laid off.

**FACT:**
GGU will not increase the number of Union represented employees on campus if the janitors are not union.

**FACT:**
Local 87 realizes that ending vendor agreements is normal business practice. Fighting to keep workers unionized and ensuring that workers get the *best and most appropriate* representation possible is regular **union** practice.

**FACT:**
Office & Professional Employees International Union, Local 3 is not representing the janitors at GGU. Local 3 has not assumed representation for these workers. Although Local 3 is a sister union of SEIU Local 87 they represent completely different industries and in San Francisco SEIU Local 87 represents janitors.

**FACT:**
The health insurance, wage compensation and retirement plans that the new janitors would supposedly receive would be a decrease in what the janitors already have with SEIU Local 87.

**FACT:**
SEIU Local 87 wants to work *with* GGU to ensure the janitors get proper representation, the students needs are met and that the valuable services being provided remain affordable for GGU which is why we have asked GGU to sit down and discuss the issues with us. GGU has refused to even negotiate.

000005

County of San Francisco
State of California

Case No.20-CP-1085

# 2nd SUPPLEMENTAL AFFIDAVIT

**I, Terri Shultis, declare under penalty of perjury and hereby state as follows:**

1  I am currently employed as the Director of Human Resources for Golden Gate
2  University ("GGU") located at 536 Mission Street, San Francisco, CA 94105. My work
3  telephone number is (415) 442-7079. I have held this position since June of 1999.

4  As stated in my previous Affidavit dated July 13, 2007, sometime in mid-May
5  2007, I spoke to OPEIU, Local 3 Representative, Lori Liederman about GGU's position
6  concerning the 10 new employees hired by GGU to perform janitorial and maintenance
7  work (Facilities Assistants and Senior Facilities Assistants). I told her that GGU is
8  considering these employees as part of the current bargaining unit represented by
9  OPEIU, Local 3. Liederman acknowledged that OPEIU does represent similar positions
10 in other institutions. Then in late May, I called Liederman and told her I was emailing
11 her the job descriptions of the Facilities Assistants and Senior Facilities Assistants.
12 (These job descriptions are attached to my July 13, 2007 Affidavit as Exhibit 6 and
13 Exhibit 7.) She said okay. Shortly thereafter, in late May 2007, I emailed her these job
14 descriptions.

15 Then, through a letter dated June 29, 2007, Liederman agreed to accept
16 representation of these employees. She stated that "unless and until the Employer
17 recognizes SEIU Local 87 as the representative of these employees, OPEIU Local 3 will
18 represent them." Liederman's June 29, 2007 letter is attached here as Exhibit A.

| | |
|---|---|
| 1 | At no time has Liederman or anyone at OPEIU, Local 3, expressed that OPEIU, |
| 2 | Local 3 will not represent these 10 new employees. SEIU Local 87 has not filed a |
| 3 | petition to recognize these ten new employees. SEIU Local 87 has not filed any unfair |
| 4 | labor practice charges against GGU. GGU has not recognized SEIU Local 87 as the |
| 5 | collective bargaining representative of these employees. Given this, it is still my |
| 6 | understanding and GGU's position, that OPEIU, Local 3 is currently representing these |
| 7 | employees. |

I have read this statement consisting of (2) pages, including this page, I fully understand its contents, and under penalty of perjury, I certify that it is true and correct to the best of my knowledge and belief.

_____
Terri Shultis, Affiant



**OFFICE & PROFESSIONAL EMPLOYEES
INTERNATIONAL UNION • LOCAL NO. 3 • AFL-CIO**

RECEIVED
JUL 0 5 2007
GOLDEN GATE UNIVERSITY
HR/PAYROLL

**Sarah Clark**
President

**Conny Ford**
Business Manager/
Secretary-Treasurer

**Natalie Naylor**
Union Representative

**Lori Liederman**
Union Representative

June 29, 2007

Shawn L. Thomas
Human Resources
Golden Gate University
536 Mission Street
San Francisco, CA. 94105-2968

Re:   Facilities Assistants and Senior Facilities Assistants

Dear Shawn:

Thank you for the notification that you are bringing janitorial services in-house and therefore will be adding eight Facilities Assistants and two Senior Facilities Assistants to our bargaining unit, to handle those services.

As you know, these services have, for many years, been provided by members of Service Employees International Union Local 87 as employees of Abel Janitorial Services.

It is the view of OPEIU Local 3 that this work falls under the jurisdiction of SEIU Local 87 and that the choice of unit placement and representative for this specific group of employees should be left to the employees.

However, unless and until the Employer recognizes SEIU Local 87 as the representative of these employees, OPEIU Local 3 will represent them.

Sincerely,

Lori Liederman
Union Representative

cc:   Conny Ford
      OPEIU Local 3 Members
      Terri Shultis

000008

2nd Supplemental Aff., Exhibit A