IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**              Courtroom Clerk: **Edward Butler**

DATE: **August 2, 2007**                           Court reporter: **Sylvia Russo**

Case Number:  **C 07-3808 MJJ**                Time in Court: 3:37 - 4:04 p.m.

Case Name:     **JOSEPH P. NORELLI v. SERVICE EMPLOYEES INTERNATIONAL UNION**

Counsel For Plaintiff(s): Christy Kwon

Counsel For Defendant(s): Jose Luis Fuentes

PROCEEDINGS:
- Order to Show Cause Hearing re: Plaintiff's Petition for Injunction

( ) Further Status Conference     ( )P/T Conference    ( ) Initial Case Management Conference

ORDERED AFTER HEARING:
- Plaintiff's request for injunctive relief is DENIED.  The Court directs Respondent to submit a proposed order with findings of fact and conclusions of law, by the close of business, 8/3/07.

ORDER TO BE PREPARED BY:    Plntf ( )  Deft (X )   Court ( )  Parties Jointly ( )

Referred to Magistrate Judge        For:            in

CASE CONTINUED TO:  _____   for  _____

Discovery Cut-Off:             Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:    at  **9:30 a.m.**

Pre-Trial Conference Date :       at  **3:30 p.m.**

Trial Date:             at 8:30 a.m.  Set for    **days**
          Type of Trial:  ( )Jury    ( )Court
Notes:

cc: