1  OLIVIA GARCIA
   ROBERT J. BUFFIN
2  CHRISTY J. KWON
   CECILY A. VIX
3  National Labor Relations Board, Region 20
   901 Market Street, Suite 400
4  San Francisco, CA   94103
   Telephone: (415) 356-5154/ (415)356-5179
5  Attorneys for Petitioner

6

7                UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 JOSEPH P. NORELLI, Regional Director of Region    )
   20 of the National Labor Relations Board, for and on )
11 behalf of the NATIONAL LABOR RELATIONS            )
   BOARD,                                             )
12                                                    )  Civil No. C 07-3808 MJJ
                        Petitioner,                   )
13                                                    )
                   v.                                 )
14                                                    )
   SERVICE EMPLOYEES INTERNATIONAL              )
15 UNION, LOCAL 87                                   )  MOTION TO DISMISS PETITION
                                                      )  FOR INJUNCTION
16                      Respondent.                   )
                                                      )     Hearing: October 2, 2007
17                                                    )     Time: 9:00 a.m.
                                                      )     Judge Jenkins
18 _____)

19
           Comes now the Petitioner, and moves to dismiss the petition for injunction at a
20
   hearing set for 9 a.m., on October 2, 2007, before the Honorable Judge Jenkins.
21
           Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Petitioner
22
   moves that the above-entitled proceeding be dismissed without prejudice. It is proper for the
23
   Court to dismiss the petition for injunction for following reasons:
24
           1. The parties have entered into a bilateral settlement agreement (attached as
25
   Exhibit 1) which Petitioner has approved, and therefore the petition for injunction is now moot.

1        2. The Petitioner has attempted to obtain a stipulation of dismissal from the Respondent pursuant to Rule 41(a)(1)(ii) and asked Respondent respond by close of business Monday August 20, 2007. Petitioner has received no response from Respondent yet.

      3. There is no counterclaim involved in this matter.

      4. The Respondent has not picketed Golden Gate University since July 24, 2007, and has not engaged in conduct that is inconsistent with the settlement agreement.

      Accordingly, the Petitioner respectfully requests that the above-entitled proceeding be dismissed without prejudice.

Dated at San Francisco, California, this 22nd day of August, 2007.

*[signature]*

Christy J. Kwon
Counsel for Petitioner

FORM NLRB-4775
(2-02)

**UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
SETTLEMENT AGREEMENT**

| | |
|---|---|
| **IN THE MATTER OF** | Service Employees International Union, Local 87 (Golden Gate University)<br>**Cases:** 20-CP-1085 |

The undersigned Charged Parties and the undersigned Charging Party, in settlement of the above matter, and subject to the approval of the Regional Director for the National Labor Relations Board, HEREBY AGREE AS FOLLOWS:

**POSTING OF NOTICE** — Upon approval of this Agreement and receipt of the Notices from the Region, **which may include Notices in more than one language as deemed appropriate by the Regional Director,** the Charged Parties will post immediately in conspicuous places in and about its plant/office, including all places where notices to employees/members are customarily posted, and maintain for 60 consecutive days from the date of posting, copies of the attached Notice **(and versions in other languages as deemed appropriate by the Regional Director)** made a part hereof, said Notices to be signed by a responsible official of the Charged Parties and the date of actual posting to be shown thereon. In the event this Agreement is in settlement of a charge against a union, the union will submit forthwith signed copies of said Notices to the Regional Director who will forward them to the employer whose employees are involved herein, for posting, the employer willing, in conspicuous places in and about the employer's plant where they shall be maintained for 60 consecutive days from the date of posting. Further, in the event that the charged union maintains such bulletin boards at the facility of the employer where the alleged unfair labor practices occurred, the union shall also post Notices on each such bulletin board during the posting period.

**COMPLIANCE WITH NOTICE** — The Charged Parties will comply with all the terms and provisions of said Notice.

**SCOPE OF THE AGREEMENT** — This Agreement settles only the allegations in the above-captioned case(s), and does not constitute a settlement of any other case(s) or matters. It does not preclude persons from filing charges, the General Counsel from prosecuting complaints, or the Board and the courts from finding violations with respect to matters which precede the date of the approval of this Agreement regardless of whether such matters are known to the General Counsel or are readily discoverable. The General Counsel reserves the right to use the evidence obtained in the investigation and prosecution of the above-captioned case(s) for any relevant purpose in the litigation of this or any other case(s), and a judge, the Board and the courts may make findings of fact and/or conclusions of law with respect to said evidence.

**NON-ADMISSION CLAUSE** — By entering into this Settlement Agreement the Charged Party does not admit that it has violated the National Labor Relations Act, as amended.

**REFUSAL TO ISSUE COMPLAINT** — In the event the Charging Party fails or refuses to become a party to this Agreement, and if in the Regional Director's discretion it will effectuate the policies of the National Labor Relations Act, the Regional Director shall decline to issue a Complaint herein (*or a new Complaint if one has been withdrawn pursuant to the terms of this Agreement*), and this Agreement shall be between the Charged Parties and the undersigned Regional Director. A review of such action may be obtained pursuant to Section 102.19 of the Rules and Regulations of the Board if a request for same is filed within 14 days thereof. This Agreement shall be null and void if the General Counsel does not sustain the Regional Director's action in the event of a review. Approval of this Agreement by the Regional Director shall constitute withdrawal of any Complaint(s) and Notice of Hearing heretofore issued in the above captioned case(s), as well as any answer(s) filed in response.

**PERFORMANCE** — Performance by the Charged Parties with the terms and provisions of this Agreement shall commence immediately after the Agreement is approved by the Regional Director, or if the Charging Party does not

Settlement Agreement in 20-CP-1085

Page 1 of 2

Exhibit 1

enter into this Agreement, performance shall commence immediately upon receipt by the Charged Parties of notice that no review has been requested or that the General Counsel has sustained the Regional Director.

**NOTIFICATION OF COMPLIANCE** — The undersigned parties to this Agreement will each notify the Regional Director in writing what steps the Charged Parties has taken to comply herewith. Such notification shall be given within 5 days, and again after 60 days, from the date of the approval of this Agreement. In the event the Charging Party does not enter into this Agreement, initial notice shall be given within 5 days after notification from the Regional Director that no review has been requested or that the General Counsel has sustained the Regional Director. Contingent upon compliance with the terms and provisions hereof, no further action shall be taken in the above captioned case(s).

| Charged Parties<br>Service Employees International Union, Local 87 | | Charging Party<br>Golden Gate University | |
|---|---|---|---|
| **By:**     **Name and Title**<br>/s/ Jose Luis Fuentes | **Date**<br>8-14-07 | **By:**     **Name and Title**<br>/s/ Jerrold C. Schaefer | **Date**<br>8-15-07 |
| **Recommended By:**<br><br>/s/ Christy J. Kwon<br><br>**Board Agent** | **Date**<br><br>8-17-07 | **Approved By:**<br><br>/s/ Joseph P. Norelli<br><br>**Regional Director, Region 20** | **Date**<br><br>AUG 17 2007 |

Settlement Agreement in 20-CP-1085

Page 2 of 2

FORM NLRB-4781
(9-69)



# NOTICE TO EMPLOYEES AND MEMBERS
## POSTED PURSUANT TO A SETTLEMENT AGREEMENT APPROVED BY A REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD AN AGENCY OF THE UNITED STATES GOVERNMENT

### Case(s): 20-CP-1085

**WE WILL NOT** picket, or cause to be picketed Golden Gate University, where an object is to force or require Golden Gate University to recognize or bargain with us as the representative of the Employer's employees, without a petition under Section 9(c) of the National Labor Relations Act having been filed within a reasonable period of time not to exceed 30 days from the commencement of such picketing.

**WE WILL NOT** in any like or related manner restrain or coerce you in the exercise of the rights guaranteed you by Section 7 of the Act.

_____

Date: _____    By: _____

Title: _____

The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act. It conducts secret-ballot elections to determine whether employees want union representation and it investigates and remedies unfair labor practices by employers and union. To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to an agent with the Board's Regional Office set below. You may also obtain information from the Board's Website: www.nlrb.gov .

901 Market Street, Suite 400        Telephone: (415)356-5130
San Francisco, CA 94103             Hours of Operation: 8:30 a.m. to 5:00 p.m.

Si quiere, se puede hablar en español con un agente de La Junta Nacional de Relaciones del Trabajo en confianza. La página electrónica de red de la Junta Nacional de Relaciones del Trabajo también tiene información en español: www.nlrb.gov .

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**
This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced, or covered by any other material. Any questions concerning this notice or compliance with its provisions may be directed to the Board's Office, **National Labor Relations Board, Region 20, 901 Market Street, Suite 400, San Francisco, CA  94103, Telephone Number 415/356-5183.**