OLIVIA GARCIA
ROBERT J. BUFFIN
CHRISTY J. KWON
CECILY A. VIX
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103
Telephone: (415) 356-5154/ (415)356-5175
Facsimile: (415) 356-5156

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87<br><br>Respondent | No. C07-03808 MJJ<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing: October 2, 2007<br>Time: 9:00 a.m.<br>Judge Jenkins |

I, Joseph P. Norelli, the Regional Director of Region 20 of the National Labor Relations Board ("Board"), upon personal knowledge testify to the following:

1.   The Respondent and Golden Gate University entered into a bilateral settlement agreement in Board Case 20-CP-1085, which I approved on August 17, 2007.

2.   Counsel for Petitioner, Christy J. Kwon, has attempted to obtain a stipulation of dismissal from the Respondent per Rule 41(a) of the Federal Rules of Civil

1  Procedure. Respondent was asked to respond by close of business Monday, August 20, 2007.

2  To date, there has been no response from the Respondent.

3      3.    No counterclaim was filed by Respondent in this matter.

4      4.    Since July 24, 2007, Respondent has not picketed Golden Gate University

5  and has not engaged in conduct inconsistent with the settlement agreement which I approved on

6  August 17, 2007.

7      Dated at San Francisco, California, this 22nd day of August, 2007

_____
Joseph P. Norelli, Regional Director
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103

Subscribed and sworn to before me,
A Notary Public in and for the
County within the State aforesaid,
This 22nd day of August, 2007.



_____
NOTARY PUBLIC

My Commission expires: 4/27/2010

**AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS**
Page 2