OLIVIA GARCIA
ROBERT J. BUFFIN
CHRISTY J. KWON
CECILY A. VIX
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103
Telephone: (415) 356-5154/ (415)356-5179
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                Petitioner,<br><br>   v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87<br><br>                Respondent. | Civil No. C 07-3808 MJJ<br><br><br>ORDER DISMISSING CASE |

      Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-entitled proceeding is hereby dismissed without prejudice.

      Done at San Francisco, California, this ___ day of August, 2007.

_____
United States District Judge