1    OLIVIA GARCIA
     ROBERT J. BUFFIN
2    CHRISTY J. KWON
     CECILY A. VIX
3    National Labor Relations Board, Region 20
     901 Market Street, Suite 400
4    San Francisco, CA   94103
     Telephone: (415) 356-5154/ (415)356-5179
5    Attorneys for Petitioner

6

7                    UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JOSEPH P. NORELLI, Regional Director of Region      )
     20 of the National Labor Relations Board, for and on )
11   behalf of the NATIONAL LABOR RELATIONS              )
     BOARD,                                              )
12                                                       )   Civil No. C 07-3808 MJJ
                               Petitioner,               )
13                    v.                                  )
                                                         )
14   SERVICE EMPLOYEES INTERNATIONAL                     )   **RE-NOTICE** OF
     UNION, LOCAL 87                                     )   MOTION TO DISMISS PETITION
15                                                       )   FOR INJUNCTION
                                                         )
16                             Respondent.               )     Hearing: October 2, 2007
                                                         )     **Time: 9:30 a.m.**
17                                                       )
                                                         )     Judge Jenkins
18   _____)

19        Comes now the Petitioner, and moves to dismiss the petition for injunction at a

20   hearing set for 9 a.m., on October 2, 2007, before the Honorable Judge Jenkins.

21        Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Petitioner

22   moves that the above-entitled proceeding be dismissed without prejudice.  It is proper for the

23   Court to dismiss the petition for injunction for following reasons:

24        1. The parties have entered into a bilateral settlement agreement (attached as

25   Exhibit 1) which Petitioner has approved, and therefore the petition for injunction is now moot.

Motion To Dismiss Petition for Injunction                                    Page 1

1

2. The Petitioner has attempted to obtain a stipulation of dismissal from the

2

Respondent pursuant to Rule 41(a)(1)(ii) and asked Respondent respond by close of business

3

Monday August 20, 2007.  Petitioner has received no response from Respondent yet.

4

3.  There is no counterclaim involved in this matter.

5

4. The Respondent has not picketed Golden Gate University since July 24, 2007,

6

and has not engaged in conduct that is inconsistent with the settlement agreement.

7

Accordingly,    the    Petitioner    respectfully    requests    that    the    above-entitled

8

proceeding be dismissed without prejudice.

9

10

Dated at San Francisco, California, this 18th day of September, 2007.

11

12

13

Christy J. Kwon
Counsel for Petitioner

14

15

16

17

18

19

20

21

22

23

24

25