1  OLIVIA GARCIA
   ROBERT J. BUFFIN
2  CHRISTY J. KWON
   CECILY A. VIX
3  National Labor Relations Board, Region 20
   901 Market Street, Suite 400
4  San Francisco, CA 94103
   Telephone: (415) 356-5154/ (415)356-5179
5  Attorneys for Petitioner

6

7            UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 JOSEPH P. NORELLI, Regional Director of Region )
   20 of the National Labor Relations Board, for and on )
11 behalf of the NATIONAL LABOR RELATIONS )
   BOARD, )
12                          ) Civil No. C 07-3808 MJJ
              Petitioner,   )
13                          )
         v.                 )
14                          ) 2nd RE-NOTICE OF
   SERVICE EMPLOYEES INTERNATIONAL ) MOTION TO DISMISS PETITION
15 UNION, LOCAL 87          ) FOR INJUNCTION
                            )
16            Respondent.   ) Hearing: October 2, 2007
                            ) **Time: 9:30 a.m.**
17                          )
                            ) Judge Jenkins
18                          )

19       Comes now the Petitioner, and moves to dismiss the petition for injunction at a
20 hearing set for 9:30 a.m., on October 2, 2007, before the Honorable Judge Jenkins.
21       Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Petitioner
22 moves that the above-entitled proceeding be dismissed without prejudice. It is proper for the
23 Court to dismiss the petition for injunction for following reasons:
24       1. The parties have entered into a bilateral settlement agreement (attached as
25 Exhibit 1) which Petitioner has approved, and therefore the petition for injunction is now moot.

2nd Re-Notice of Motion To Dismiss Petition for Injunction

Page 1

2. The Petitioner has attempted to obtain a stipulation of dismissal from the Respondent pursuant to Rule 41(a)(1)(ii) and asked Respondent respond by close of business Monday August 20, 2007. Petitioner has received no response from Respondent yet.

3. There is no counterclaim involved in this matter.

4. The Respondent has not picketed Golden Gate University since July 24, 2007, and has not engaged in conduct that is inconsistent with the settlement agreement.

Accordingly, the Petitioner respectfully requests that the above-entitled proceeding be dismissed without prejudice.

Dated at San Francisco, California, this 18th day of September, 2007.

_____
Christy J. Kwon
Counsel for Petitioner