OLIVIA GARCIA
ROBERT J. BUFFIN
CHRISTY J. KWON
CECILY A. VIX
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103
Telephone: (415) 356-5154/ (415)356-5175
Facsimile: (415) 356-5156

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87<br><br>Respondent | No. C07-03808 MJJ<br><br>AFFIDAVIT IN SUPPORT OF REPLY TO RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION TO DISMISS PETITION FOR INJUNCTION<br><br>Hearing: October 2, 2007<br>Time: 9:30 a.m.<br><br>**Judge Jenkins** |

I, Joseph P. Norelli, the Regional Director of Region 20 of the National Labor Relations Board ("Board"), upon personal knowledge testify to the following:

1.  Beginning on or about July 18, 2007, and continuing until July 27, 2007, Board attorney Christy J. Kwon telephoned and wrote Respondent's attorneys Jane Brunner and Jose Luis Fuentes, to seek a settlement of Board case 20-CP-1085. She advised them that absent written assurances that Respondent will discontinue unlawful recognitional picketing, Region 20

of the Board, under the obligations of the National Labor Relations Act, would have to seek injunctive relief through the District Court. She provided multiple deadlines for Respondent to provide such assurances and each time, Respondent refused. The Board filed a Petition for Injunction on July 25, 2007.

2. After the Petition for Injunction was denied on August 2, 2007, Respondent and Golden Gate University entered into a bilateral settlement agreement in the underlying unfair labor practice charge in Board Case 20-CP-1085, which I approved on August 17, 2007.

3. On August 23, 2007, Respondent filed a petition for a representation election with Region 20 of the Board, seeking to represent a bargaining unit composed of nine employees employed by Golden Gate University. Because there was no outstanding unfair labor practice to taint the petition, the petition was not dismissed and is currently being processed through Board case 20-RC-18154, in accordance with the Board's Rules and Regulations.

4. Based on Golden Gate University contending that Respondent's petition for a representation election in case 20-RC-18154 should be dismissed because the petitioned-for bargaining unit had already been accreted into an existing bargaining unit represented by OPEIU Local 3, Region 20 of the Board held a hearing on September 7, 2006. At the hearing, no issues regarding picketing were litigated.

5. Based on the hearing mentioned above in paragraph 4, a Decision shall issue shortly.

6. Since approval of the settlement agreement on August 17, 2007, the Board has never told Respondent it had intentions to re-file a petition for injunction should the Board not agree with the content of Respondent's message while picketing. Rather, Board

attorney Christy J. Kwon advised Respondent's attorney Jose Luis Fuentes that Respondent could lawfully picket, even with the object of recognition, so long as it filed a valid petition for a representation election within the time period provided in the National Labor Relations Act. She also advised Jose Luis Fuentes that while a valid petition for a representation election was pending, Respondent was privileged to picket for the purposes of obtaining recognition.

7. Since the approval of the settlement agreement, the Board has not received any information that Respondent has violated the terms of the settlement agreement mentioned above in paragraph 2. No new charges have been filed concerning any new picketing. Therefore, the Board has had no interest in re-litigating this matter.

**Under penalty of perjury, I certify that it is true and correct to the best of my knowledge and belief.**

Dated at San Francisco, California, this 18th day of September, 2007

_____
Joseph P. Norelli, Regional Director
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103

AFFIDAVIT IN SUPPORT OF REPLY TO RESPONDENT'S OPPOSITION TO
PETITIONER'S MOTION TO DISMISS PETITION FOR INJUNCTION
Page 3