IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, | No. C07-03808 MJJ |
| Plaintiff, | **ORDER DISMISSING PETITION WITH PREJUDICE** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, | |
| Defendant. | |

Before the Court is the Motion To Dismiss Petition For Injunction (Docket No. 20) brought by Petitioner Joseph P. Norelli, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board.

In its opening papers, Petitioner requested that the Court dismiss the pending matter <u>without</u> prejudice, on the grounds that the petition is now moot in light of a bilateral settlement agreement.

In opposition, Respondent contended that, because the Petition sought only preliminary injunctive relief, the Court's denial of the preliminary injunction from the bench during the August 2, 2007 hearing in this matter constitutes a "judgment" concluding the case, and that a further dismissal of the matter is therefore not needed. In the alternative, Respondent requested that the action be dismissed with prejudice. In the second alternative, Respondent requested that if the action is dismissed without prejudice, that the Court award attorney's fees to Respondent.

In reply, Petitioner has now indicated that he "has no objection to the proceeding being

1  dismissed *with prejudice*, as the underlying unfair labor practice charge . . . has been settled, and
2  Respondent has been complying with the terms of the settlement." (Docket No. 25, at 2:6-7.)
3  Petitioner also argues that there is no basis for Respondent's request for attorney's fees.

4       The Court disagrees with Respondent's contention that the Court's August 2, 2007 bench
5  ruling denying a preliminary injunction, memorialized the following day in civil pretrial minutes
6  (Docket No. 18) constitutes a final Rule 54 "judgment." As Respondent is aware, the Court directed
7  Respondent at that hearing to submit proposed findings of fact and conclusions of law, which have
8  not yet been adopted by this Court.

9       However, on reply, Petitioner now concedes Respondent's argument-in-the-alternative that
10 dismissal with prejudice is appropriate. Petitioner represents that he has no further interest in
11 litigating this matter. Based on this concession, the Court hereby **VACATES** the October 2, 2007
12 hearing in this matter, and **DISMISSES** the Petition **WITH PREJUDICE**. The Clerk is
13 **DIRECTED** to enter judgment and close the file.

14      Because Respondent sought attorney's fees only in the event that the Petition was dismissed
15 without prejudice, no fees award is appropriate.

Dated: 9/19/07

                                    MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE