IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI,<br><br>    Plaintiff,<br><br>  v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Defendant.            / | No. CV 07-03808 MJJ ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition is dismissed with prejudice.

Dated: 9/21/2007

Richard W. Wieking, Clerk

By: Alfred Amistoso
Deputy Clerk